IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02606-BNB

RICHARD KIM,

    Petitioner,

v.

ROBERT W. PEPIN,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 07 2010

GREGORY C. LANGHAM
                 CLERK

ORDER OF DISMISSAL

On October 29, 2009, Petitioner Richard Kim, a federal prisoner who currently is housed in the State of Colorado at the United States Penitentiary in Florence, Colorado, submitted a Writ of Mandamus to the Court. Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructed Mr. Kim to cure the deficiencies in the pleading. Mr. Kim specifically was directed to submit his claims on a Court-approved form used in filing prisoner complaints in this Court and to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the $350.00 filing fee. The proper Court-approved forms used in filing a prisoner complaint action were sent to Mr. Kim along with Magistrate Boland's Order to Cure Deficiencies.

Mr. Kim now has failed to file his claims on a proper Court-approved form as he was instructed to do and either to submit a 28 U.S.C. § 1915 Motion and Affidavit or to

pay the $350.00 filing fee. Mr. Kim, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 6th day of January, 2010.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02606-BNB

Richard Kim
Reg No. 35309-013
US Penitentiary
P.O. Box 7000
Florence, CO 81226-7000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/7/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk